UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JOSHUA STANKA,<br>　　　　Defendant. | Case No. 20-cr-00321-EMC-3<br><br>**ORDER**<br><br>Docket No. 9 |

The [9] APPEAL OF MAGISTRATE JUDGE DECISION for revocation of Magistrate Judge order of release on bond conditions is DENIED.

**IT IS SO ORDERED**.

Dated: August 27, 2020

_____
EDWARD M. CHEN
United States District Judge